IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                    No. CIV S-08-1619 EFB P

        vs.

SPEERS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He requests an extension of time to file a certified copy of his prison trust account statement pursuant to the court's July 22, 2008 order.  *See* Fed. R. Civ. P. 6(b).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

////

////

1  Plaintiff's August 19, 2008, request is granted and plaintiff has 30 days from the date this
2 order is served to file a certified copy of his prison trust account statement.  Failure to comply
3 with this order will result in a recommendation that this action be dismissed.
4  So ordered.
5 DATED: October 23, 2008.

       _____
       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE

2