IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                    No. CIV S-08-1619 EFB P

    vs.

SPEERS, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a second extension of time to file an application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's November 19, 2008 request is granted and plaintiff has 30 days from the date this order is served to file a completed application to proceed in forma pauperis with a completed certificate and trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed. The court does not intend to grant further extensions of time.

DATED: December 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE