IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                                 No. CIV S-08-1619 EFB P

        vs.

SPEERS, et al.,

        Defendants.                   <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On October 23, 2008, the court found that plaintiff's application to proceed *in forma pauperis* failed to contained the required certified trust account statement. Accordingly, the court ordered plaintiff to file a completed *in forma pauperis* application together with the required certified copy of his prison trust account statement. The order gave plaintiff 30 days to file the required application. On November 19, 2008, plaintiff requested an extension of time to comply. On December 3, 2008, the court granted plaintiff one final opportunity to comply with the court's October 23, 2008 order and warned him that failure to do so could result in the action being dismissed.

1  The 30-day period provided in the court's December 3, 2008, order has expired and
2  plaintiff has not filed a completed *in forma pauperis* affidavit with the requisite trust account
3  statement or otherwise responded to the court's order.[1]

4  Accordingly, this action is DISMISSED.

5  Dated: February 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2