IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                    No. CIV S-08-1619 EFB P

        vs.

SPEERS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

        On June 10, 2009, the court granted plaintiff's motion for relief from judgment and directed the Clerk of the Court to reopen the case and set aside the judgment. The court further granted plaintiff 30 days in which to file a certified trust account statement. The court warned plaintiff that failure to comply with this order would result in dismissal.

////

////

////

////

1

1  The 30-day period has expired and plaintiff has not filed a certified trust account statement or otherwise responded to that order.[1]

It therefore is ORDERED that this action is dismissed without prejudice.

Dated: August 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.